IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ENG,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, FA, J.P. MORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE CO., QUALITY LOAN SERVICE CORP., LA SALLE BANK NATIONAL ASSOC., and DOES 1–20, inclusive,<br><br>    Defendants.<br>                                     / | No. C 12-05062 WHA<br><br>**ORDER TO SHOW CAUSE; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR CONTINUANCE** |

      Pursuant to Local Rule 7-3, pro se plaintiff Martin Eng's opposition or response to defendants' motions to dismiss and to deem him a vexatious litigant was due on January 14. None has been received. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why defendants' motions should not be granted. Failure to timely respond to this order may result in the motions being granted or this action being dismissed for failure to prosecute. Pursuant to the case management scheduling order dated January 3, 2013, (Dkt. No. 22) plaintiff must attach a copy of the loan documents, deed of trust, and the notice of default referenced in the complaint when plaintiff files his declaration under oath to defendants' pending motions. Plaintiff's response is due by **JANUARY 31 AT NOON**. Plaintiff's request to continue the hearing date on the motions for 60 days is **DENIED**. The hearing date, currently set for January 31, is hereby reset for **FEBRUARY 14 AT 8:00 A.M.** at Courtroom 8, 19th Floor, 450 Golden Gate Avenue.

    **IT IS SO ORDERED.**

Dated: January 18, 2013.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE