**United States District Court**
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3

4         FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6  MARTIN ENG,                        No. C 12-05062 WHA

7         Plaintiff,

8    v.                         **ORDER RE PLAINTIFF'S**

9  WASHINGTON MUTUAL BANK, FA, J.P.     **RECENT SUBMISSION**

10  MORGAN CHASE BANK, N.A., CALIFORNIA
RECONVEYANCE CO., QUALITY LOAN

11  SERVICE CORP., LA SALLE BANK
NATIONAL ASSOC., and DOES 1–20,

12  inclusive,

13         Defendants.
                             /

14

15      At the case management conference and by order dated January 18, 2013 (Dkt. No. 25),

16  pro se plaintiff Martin Eng was ordered to file his sworn declaration under oath, attaching a copy

17  of the loan documents, deed of trust, and the notice of default referenced in the complaint.  On

18  January 18, plaintiff filed a declaration to which he appended a number of documents "to comply

19  with the case management order," including a bank loan statement.  The bank loan statement

20  appended to the declaration is illegible (Dkt. No. 28 at p.8).  Plaintiff should resubmit this

21  document, attached to a declaration identifying the document and stating under oath whether the

22  document is a true and correct copy thereof, due by **NOON ON JANUARY 31**.

23      Defendants may file a reply to plaintiff's filings, due by **NOON ON FEBRUARY 8**.

24

25    **IT IS SO ORDERED.**

26

27  Dated:  January 22, 2013.

28                          WILLIAM ALSUP
                           UNITED STATES DISTRICT JUDGE