IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

    Plaintiff,

  v.

WASHINGTON MUTUAL BANK, FA, J.P. MORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE CO., QUALITY LOAN SERVICE CORP., LA SALLE BANK NATIONAL ASSOC., and DOES 1–20, inclusive,

    Defendants.

No. C 12-05062 WHA

**ORDER RE PLAINTIFF'S RECENT SUBMISSION**

At the case management conference and by order dated January 18, 2013 (Dkt. No. 25), pro se plaintiff Martin Eng was ordered to file his sworn declaration under oath, attaching a copy of the loan documents, deed of trust, and the notice of default referenced in the complaint. On January 18, plaintiff filed a declaration to which he appended a number of documents "to comply with the case management order," including a bank loan statement. The bank loan statement appended to the declaration is illegible (Dkt. No. 28 at p.8). Plaintiff should resubmit this document, attached to a declaration identifying the document and stating under oath whether the document is a true and correct copy thereof, due by **NOON ON JANUARY 31**.

Defendants may file a reply to plaintiff's filings, due by **NOON ON FEBRUARY 8**.

**IT IS SO ORDERED.**

Dated: January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE