**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4

5                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    MARTIN ENG,                                      No. C 12-05062 WHA

8              Plaintiff,

9       v.                                            **ORDER RE PLAINTIFF'S**
                                                      **SECOND REQUEST FOR A**
10   WASHINGTON MUTUAL BANK, FA, J.P.                 **CONTINUANCE**
     MORGAN CHASE BANK, N.A., CALIFORNIA
11   RECONVEYANCE CO., QUALITY LOAN
     SERVICE CORP., LA SALLE BANK
12   NATIONAL ASSOC., and DOES 1–20,
     inclusive,
13
               Defendants.
14   _____/

15

16         Pro se plaintiff Martin Eng has filed a request for leave to file an amended opposition to

17   defendants' pending motions.  He has not appended a proposed opposition brief to his request

18   nor provided a date certain by which he can do so.  The request is denied.  If plaintiff wishes to

19   file an amended opposition brief, he must file such a brief by **NOON ON JANUARY 31.**  Plaintiff is

20   reminded that he must file a legible copy of the bank loan statement, attached to a declaration

21   identifying the document and stating under oath whether the document is a true and correct copy

22   thereof, due by **NOON ON JANUARY 31** (See Dkt. No. 29).

23         The hearing date on defendants' motions has already been continued once, and is

24   currently set for **FEBRUARY 14 AT 8:00 A.M.**  No further continuances will be granted.

25

26         **IT IS SO ORDERED.**

27

28   Dated:  January 25, 2013.                        _____
                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE