IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

        Plaintiff,

  v.

WASHINGTON MUTUAL BANK, FA, J.P. MORGAN CHASE BANK, N.A., CALIFORNIA RECONVEYANCE CO., QUALITY LOAN SERVICE CORP., LA SALLE BANK NATIONAL ASSOC., and DOES 1–20, inclusive,

        Defendants.

No. C 12-05062 WHA

**ORDER RE PLAINTIFF'S SECOND REQUEST FOR A CONTINUANCE**

Pro se plaintiff Martin Eng has filed a request for leave to file an amended opposition to defendants' pending motions. He has not appended a proposed opposition brief to his request nor provided a date certain by which he can do so. The request is denied. If plaintiff wishes to file an amended opposition brief, he must file such a brief by **NOON ON JANUARY 31.** Plaintiff is reminded that he must file a legible copy of the bank loan statement, attached to a declaration identifying the document and stating under oath whether the document is a true and correct copy thereof, due by **NOON ON JANUARY 31** (See Dkt. No. 29).

The hearing date on defendants' motions has already been continued once, and is currently set for **FEBRUARY 14 AT 8:00 A.M.** No further continuances will be granted.

**IT IS SO ORDERED.**

Dated: January 25, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE