IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN ENG,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE CO.; QUALITY LOAN SERVICE CORP.; LA SALLE BANK NATIONAL ASSOC.; and DOES 1–20, Inclusive,

    Defendants.

No. C 12-05062 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting in part defendants' motion to dismiss plaintiff's complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. Plaintiff's action is **DISMISSED** with prejudice. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: February 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE